IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jerome Abrams, | : | |
| Plaintiff | : | Civil Action 2:11-cv-0990 |
| v. | : | Judge Smith |
| Advanced Data, | : | Magistrate Judge Abel |
| Defendant | : | |

# Order

In response to the Court's April 2, 2012 Show Cause Order, plaintiff states that he will file a motion for default judgment on or before April 20, 2012. Failing to do so, plaintiff's counsel is DIRECTED to call my office (614.719.3370) by that date to explain why plaintiff has failed to comply with S.D. Ohio Civ. Rule 55.1(b).

s/Mark R. Abel
United States Magistrate Judge